

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00259-CR

| | | |
|---|---|---|
| Jonathan David Gonzalezortega | § | From the 297th District Court |
| | § | of Tarrant County (1319080D) |
| v. | § | October 29, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth

# OPINION INFORMATION TO PUBLISHERS

## <u>FROM</u>

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

CASE DOCKET NUMBER:                02-15-00259-CR

NAME OF CASE:                      JONATHAN DAVID
                                   GONZALEZORTEGA

                                   V.

                                   THE STATE OF TEXAS

DATE OPINION FILED:                OCTOBER 29, 2015

DATE REHEARING FILED:

_____        _____

TRIAL COURT:                       297TH DISTRICT COURT

TRIAL COURT JUDGE:                 HON. DAVID C. HAGERMAN

COUNTY:                            TARRANT

_____        _____

ATTORNEY FOR APPELLANT:            Attorney Name
                                   Law Firm
                                   City, TX

ATTORNEY FOR STATE:                Attorney Name
                                   Law Firm
                                   City, TX